IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

TIMOTHY EDISON BRADLEY,

    Appellant,

 v.                                                    Case No.  5D22-2470
                                                       LT Case No. 2009-CF-002880-A

STATE OF FLORIDA,

    Appellee.

_____/

Decision filed December 20, 2022

3.850 Appeal from the Circuit Court
for Lake County,
Larry Metz, Judge.

Timothy Edison Bradley, Live Oak,
pro se.

Ashley Moody, Attorney General,
Tallahassee, and Kaylee D. Tatman,
Assistant Attorney General, Daytona
Beach, for Appellee.

PER CURIAM.

        AFFIRMED.


WALLIS, EDWARDS and HARRIS, JJ., concur.